E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

|  |  |
|---|---|
| Kevin-L: Smith in behalf of KEVIN; SMITH© U.C.C 1-308<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>-v-<br>PHILADELPHIA DEPARTMENT OF PRISONS;<br>CITY OF PHILADELPHIA; and MICHAEL R. RESNICK, ESQUIRE<br>Commissioner of Prisons; See Attached<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.) | Case No. _____<br>(to be filled in by the Clerk's Office) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Kevin-L:Smith TTEE of KEVIN:SMITH©
- All other names by which you have been known: Kevin-L:Smith Sui Juris, Holder-In-Due-Course of KEVIN LORRON SMITH TRUST©
- ID Number: 1152914
- Current Institution: PDP DETENTION CENTER
- Address: 8201 STATE ROAD
- City: PHILADELPHIA   State: PA   Zip Code: 19136

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: ROBERT ROSE
- Job or Title (if known): WARDEN of DETENTION CENTER
- Shield Number:
- Employer: PHILADELPHIA DEPARTMENT OF PRISONS
- Address: 8201 STATE ROAD
- City: PHILADELPHIA   State: PA   Zip Code: 19136
- [✓] Individual capacity   [✓] Official capacity

**Defendant No. 2**
- Name: MICHAEL R. RESNICK, ESQUIRE
- Job or Title (if known): COMMISSIONER
- Shield Number:
- Employer: CITY OF PHILADELPHIA
- Address: CITY HALL ROOM 142, 1400 John F Kennedy Blvd
- City: PHILADELPHIA   State: PA   Zip Code: 19107
- [✓] Individual capacity   [✓] Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3
- Name: PIERRE LECOMB or LACOMB
- Job or Title (if known): WARDEN OF RIVERSIDE CORRECTIONAL FACILITY
- Shield Number:
- Employer:
- Address: 8151 STATE ROAD, PHILADELPHIA, PA, 19136

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
- Name: BLANCHE CARNEY
- Job or Title (if known): Former COMMISSIONER
- Shield Number:
- Employer: CITY OF PHILADELPHIA
- Address: City Hall Room 142, 1400 John F Kennedy Blvd., PHILADELPHIA, PA, 19107

☑ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Universal Declaration of Human Rights Article 5, 7, 18, 21(2), 25(1), 26   1st Amendment - right to petition the government for a redress of grievances.
Pennsylvania Constitution Article 1 Declaration of Rights 27.
Title 42 U.S.C.S 12101, 12132  Title 29 U.S.C. 701, 8th Amendment (Bill of Rights)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attached_

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

_See Attached_

E.D.Pa. AO Pro Se 14 (Rev. 04/18) Complaint for Violation of Civil Rights

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

_See Attached - Grievances on record on tablet._

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See Attached - Grievances on record on tablet_

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_See Attached - Grievances on tablet, and see attached papers._
_4. Statement of claim (4)(B)_
_Injuries included._

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_See Attached_

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

PHILADELPHIA ~~Department~~ DEPARTMENT OF PRISONS DETENTION CENTER

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Claims for Hot foods (street eats)

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Electronically on a tablet, and paper grievances; also informally to most of the Defendants

2. What did you claim in your grievance?

Modify prison policies pursuant to ADA act and Rehabilitation act, see attached

3. What was the result, if any?

Just approval for Hot food (street eats)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appeal some, some other grievances the tablet would let me appeal because they either closed the grievances without me getting a chance to appeal it, or they didn't respond at all; also responded to late. Paper grievances I never gotten a response back at all.

Page 7 of 11

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

   _____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I can't appeal grievances that the prison deliberately didn't respond to I also
   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) asked the grievance officer at a specific time and supervisors for ways to appeal they told me to go to law library and ask the worker for appeal papers but they never have them there because the law library is inadequate.

### VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   KEVIN: SMITH©
   Defendant(s)   COMMONWEALTH OF PA, ET AL

2. Court *(if federal court, name the district; if state court, name the county and State)*

   THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
   PHILADELPHIA, PENNSYLVANIA

3. Docket or index number
   2:25-CV-02051-JMG

4. Name of Judge assigned to your case
   JUDGE GALLAGHER

5. Approximate date of filing lawsuit
   APRIL 21, 2025

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Case Just started

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __MAY 1, 2022__

Signature of Plaintiff: _All Rights Reserve/Without Prejudice Kevin-S. Smith TTEE U.C.C. 1-308_

Printed Name of Plaintiff: KEVIN: SMITH©

Prison Identification #: 1152914

Prison Address: 8201 STATE ROAD
PHILADELPHIA, PA 19136
City / State / Zip Code

### B.  For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Attached Paper

Section "Defendant(s) - PDP ~~[redacted]~~ Detention Center Social Worker (Surname) Reimer, and ~~[redacted]~~ Pierce, Captain Cheeks, Major Segal, Major Harris (Now is at RCF I believe), Sergeant Blair, Sergeant Johnson, Lieutenant Ruiz, Lieutenant Thomas, Sergeant Harris (now ~~[redacted]~~ nightshift Deputy Commissioner Beauford, Old grievance C/O Gingraw. All being sued in their Official capacity and Individual ~~[redacted]~~ capacity.

2. ~~[redacted]~~ Basis for Jurisdiction (D) A Captain Cheeks, Major Segal, Major Harris, Warden Rose, Warden LeComb, Old ~~[redacted]~~ grievance C/O Gingraw, ~~[redacted]~~ Sergeant Blair, ~~[redacted]~~ Sergeant Johnson, Lieutenant Ruiz, Lieutenant Thomas, ~~[redacted]~~ Sergeant Harris, Commissioner Resnick, former commissioner Carney ~~[redacted]~~ all acted under color of state and local law by ~~[redacted]~~ refusing to modify Prison Policies, and Provide accommodations to ensure equal access to programs and services for people with ~~[redacted]~~ disabilities. The ADA ~~[redacted]~~ and the Rehabilitation Act prohibits discrimination against people with disabilities. Haven't gotten a chance to go to yard (activities) for fresh air for 45 months while I'm ~~[redacted]~~ administrated to the hospital section of ~~[redacted]~~ PHILADELPHIA DEPARTMENT OF PRISONS (DETENTION CENTER) ~~[redacted]~~ Also lack of Pure water where as though its chemicals in the water that ~~[redacted]~~ I use to take showers, and water not pure coming from the sink in my cell ~~[redacted]~~ everytime I put water in a cup to drink, there's ~~[redacted]~~ clear but distinctive particles at the top of the cup of the water. (THIS JAIL IS ALREADY CONDEMNED AS IS.) Violating the Pennsylvania Constitution Article 1 Declarations of Rights Section 27, Natural Resources and the Public estate. Unable to change the water temperature in the showers, the water ~~[redacted]~~ is hot and the pressure output of water is strong, I'm a spastic paraplegic T-1 and my legs shake AGGRESSIVELY ~~[redacted]~~ when the water touches my lower body (Nurses doesn't help as well. Social workers Reimer and Pierce don't provide ~~[redacted]~~ appropriate services as a social worker. Won't let me use the phone to call banks to stop Auto payments ~~[redacted]~~ that was charging my bank account while I'm incarcerated. ~~[redacted]~~ Reimer ~~[redacted]~~ said I could get a job when one is available, never gave ~~[redacted]~~ me ~~[redacted]~~ a job since.

7

4. Statement of Claim (4)(B) - The ADA and the Rehabilitation act prohibits discrimination against people with disabilities. These laws require prisons and jails to modify policies and provide accommodations to ensure equal access to programs and services for people with disabilities.

(1) Former Warden Pierre Lacombe of the Detention Center (Now RCF Warden) from (October, 2022 - September-2024) didn't modify prison policies for a multitude or reasons even though I am administrated to the hospital of the jail until the outcome of my case. I was allowed to order food commissary due to medical reasons and for the reason stated above for 11 months until he became warden. Other prison policies, priviledges, activities, services, and programs wasn't available to me because lack of wheelchair accessibility, Limited commissary (cosmetics and hygiene products only can be purchase. Lack of education services(3), religious services(4), work transition programs(5), recreational facilities(6), no outdoor recreation time(7), including no chance to exercise(8), personal laundry services wasn't available my first 3 years incarcerated(9), inadequate bath facilities, water is to hot and harsh on my skin that causes my spasticity (an involuntary and abnormal muscular contractions) to increase severally(10), PHSW doesn't have any inmate representatives (Block reps) under the unit management system that can speak on our behalfs at the regular monthly town hall meetings of unit staff and inmates(11). Social worker Reimer and Pierce are lacking sufficient services that they won't let me get to their office because Reimer said it's not wheelchair accessible, and wouldn't me call banks, United States Postal Offices, Philadelphia housing authorities, or any public entity that requires them to know my change of address(12). Prison conditions that deprived me of basic human needs such as lack of razors(13). Captain Cheeks said because I'm in the hospital unit no razors are allowed. She responded back to a grievance of mines (#462686) electronic format 4 MONTHS later denying my grievances related to modification to certain prison policies pursuant to ADA and Rehabilitation Act summitted on

2

Attached Paper

June 30th, 2024 at 8:19 p.m. She responded on November 17th, 2024, 12:15 p.m denying my grievance.

(14) Requires prison authorities to assist Inmates (In which prison authorities didn't assist me the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries, prisoners would be able to take full advantage of their constitutional rights, books that are not available which should be available in law library such as relevent state and federal statutes; State and federal law reporters from the past few decades; Shepard's Citaties; Basic treatises on habeas corpus, prisoners civil right and criminal law; Corpus Juris Secundum; Modern Federal Pratice Digest (covering al federal court decisions since (1939) and West's State Digest for the state your prison is in (Pennsylvania). (Warden Rose, Warden Lacomb, Comnissioner Michael R. Resnick, Esquire, Deputy Commissioner Beauford, Former Commissioner Blance Carney Major Segal, Major Harris, Sergeant Blair, Sergeant Johnson, Lieutenant Thomas, Lieutenan Ruiz, Sergeant Harris (now nightshift), and Captain (heeks) were and still are irresponsible maintaining and operating the Prison Health Services Wing (PHSW) hospital un in the Detention Center in a multitude of fashions which has been Prejudic and oblivious to my rights as a Native American Constitutional, and State National Sovereign of the Continental united States of America, Republic of Pennsylvania, that the Judicia system is COMPELLING ME to be surety for my intellectual property (Trust) that will ALWAY be rebutted. Although incarceration suspends many rights of prisoners, one right that courts have protected is the constitutional rights of access to the courts. This right of access to the courts protects the ability of prisoners to prepare petitions and complaints. Courts have cited the Due Process Clause, the Equal Protection Clause, the First Amendment and the Privileges and Immunities Clause of Article 4 of the Constitution as bases for the right of legal access. The fundamental right of court access "requires prison authorities to assist inmates in the preparation an

3

and filling of meaningful legal papers by proving prisoner with adequate law library or adequate assistance from persons trained in the law. This prison lacks my fundamental rights. (15) Back to prison conditions that are unsafe and/or depriving me of a "basic human need". This prison is and had provided me with inadequate food since my duration of my incarceration. Lacks ways for me to exercise, had inadequate clothing for my first 3 years in prison, lack sanitation (no power washing of cells) and hygiene. All the above state prison official knew I was being deprived, harmed and did not respond reasonably, deliberately as well. Causing EXTREME EMOTIONAL DISTRESS.(16) I've also caught numberous bed sores and it is uneasy for me to get quality sleep knowing that I am suffering against my will.

(17) - Food trays majority of the time came back either too cooked, not cooked enough and/or contain salmonella for most of my stay in prison.

(18) - Weight Gain of 70 pounds in 5 months from August 2024 to January 2025 lack of exercise! On top of the fact due to no food commissary, I'm compelled to only eating bread and extra tray

(19) - Physical theraphy once for 6 weeks (twice a week) in 45 months and counting

(20) - Having withdrawal / Overdose of baclofen pump all 2022-2023 had to have 2 surgeries in 11 months in 2023 and 2024 because of it. Surgery for placement of baclofen pump generally is between 6-8 years. (Itchy, tingling sensations in my body, headaches, loss of consciousness, etc.)

(21) - Nutritiously inadequate food, lack of Iron and vitamin C.

(22) - Continuous new sighting of bedsores for 45 months. Nurses doesn't turn paraplegics every 2 hours at night while sleeping.

(23) - Gone over 2 years (My first 2 years) without access to the law library.

(24) - Emergency call buttons in cell doesn't work and never did work since I've been detained. Walls in cells contained lead and accumulated dust.

4

Attached Paper

(25) On May 16th & 17th 2024, I was in Unit 220-Cell 9. Detention Center (DC) PHSW (Prison Health Services Wing) Hospital unit around approximately between 2p.m to 2:30 p.m but it really started that morning because it was smelling through the vents a tar like smell. At 2-2:30 p.m the whole second floor (including the first floor) started getting VERY smokey and a real foul tar burning smell to the point of no return. Every inmate immediately told the C/O what was going on. C/O Conway said they was working on the roofs like they been was for the past couple of months. It took the supervisors at least 45 mins to evacuate the whole unit. We all was and still are asking for masks but none was available. So the whole unit had to report to the gym. The able bodied inmates had to go in the gym, while all wheelchair bound inmates had to wait in the hallway in front of the gym. For the time being. C/O's from RCF (Riverside Correctional Facility) had to bring over fans to air the whole PHSW (1st and 2nd floor) out. While me and all the inmates was filling very uncomfortable and concerned from inhaling the smoke in after the C/O so called "aired out the fog and smoke from the units". It was making us all cough, have sore throats, and it was people on the block with asthma, and lung disease (William Moore PP#445957). I was also experiencing headaches prior to the situation. My nose was having this burning, itching sensation and my bones in my body was aching had strep throat/sore throat, and light chest pains. I had bedsores as well as putting myself at risk to catch an bone infection from the air particles. My housing area was (as it always has been) and contaminated with the tar and rubber etc. of whatever was burning on the roof, for the rest of the day. The next day (May 17th) a nurse (Y. Santana) and a C/O (Denmark) woke me up out of my sleep to evacuate from the unit once again from the foggy tar smell developing from the roof being on fire again. I don't know how long I was sleep inhaling that tar smoke, all I knew was that it-

5

so foggy that I could barely see down the beginning of my unit. But when prison staff woke me up, I was the last one on the block. That whole weekend after May 16th and 17th, me and the rest of the inmates kept smelling burnt tar and rubber. It was unsettling and the Supervisors (Warden Pierre Lacombe, Major Segal, Sergeant Sam and Lieutenant Thomas) had the audacity to not let us get fresh air to remove the toxins that we breathe in. I left out a part that I forgot to mention on May 16th. The above mentioned supervisors sent us back to our unit between 4:30 - 5 p.m. While we was waiting for the C/O's to "clear to air", I seen about 3-4 fire department trucks but they called them off because the fire had stopped on the roof. The following inmates could testify or agree and was housed on the same unit as me. - Kelly Williams PP#9477745, Troy Smith PP#-1151714, Major Ford PP#578498, Teqauls Wiggins PP#1174085, Aleem Hammond PP#1201930, William Moore PP# 445957, Eric Ortiz 717401, Edward Puslez PP# 1184472, Carlos gonzalez PP# 1228019, Samuel King PP# 696847, and Samir Turner (can't read his PP# on paper).

Section 6: I'm seeking money damages of 250 million Lawful U.S. dollars, billing cost assessed with Levies and Liens and or Tort upon violation for all occurrences, officials, officers, agents, or representatives involved, if demands are not met. The above mentioned money damages are in actual damages. In Punitive damages I'm seeking 50 million Lawful U.S dollars. Any further relief this Court deems just and appropriate. The basis for these claims are already stated above and that's not even half of what this Detention center made me suffer for the past 45 months.

Some Grievances on records on the tablet

① #535629881 Request to staff, Summary of request: Request for an ~~body~~ lock and track sheet of my account balance to send to the District court. Date Feb. 19th time 8:43p.m
Marked as an emergency (Y)/N
For other matters please enter details below: First Judicial District court is a request for my account balance from the past 6 months. Need Social worker for assistance as soon ~~as~~ as possible please. Thank you. From KEVIN:SMITH© -Facility staff gave the sheet of my balance account on digital formula the jail social worker Reimer on Feb 23, 11:00 a.m.

② #262419991 Request to Staff - Summary of request: Jul. 7th 2023 at 6:40, Exercise

③ #462618681 PDP ~~Order~~ Grievance from June, 30th 2024 a 8:19 p.m from KEVIN:SMITH Summary: Modifications to certain prison policies ~~pursuant~~ pursuant to ADA and Rehabilitation Act. Escalated the grievance on Oct. 16th at 2:50 p.m for lack of response. Nov. 17th 2024 at 12:25p.m and Nov. 26th at 1:38p.m/Oct. 28, 2024 for Captain Cheeks denied my request.

④ #462624391 PDP Grievance on June, 30th at 8:42 from KEVIN:SMITH©, Summary: Shower hoses in unit 220(PHSW). Escalated Oct. 16th at 2:48 for lack of response Oct. 29th 10:46 a.m Per Captain Cheeks saying shower hoses were provided in which they was not.

⑤ #272016611 PDP Grievance ~~blank~~ on Aug. 11th 2023 at 2:19 From ~~blank~~ KEVIN:SMITH Summary: Medical Emergency! In regards to my baclofen pump malfunctioning. AHSA Donovan replied Nov. 3rd 2023 ~~blank~~ Indicating nothing was wrong even though it was/ I responded back Nov. 5th 2023 denying her allegations and ~~blank~~ escalated it April 27th, 2024 at 4:22 escalating again for no response. The prison ~~blank~~ responded back May, 23, 2024 saying my concerns are being reviewed.

⑥ #261779011 ~~blank~~ Commissary Grievance June 5th, 2023 ~~blank~~ 5:01 p.m Summary Medical purposes for food commissary/ Replied by facility staff on July. 10th 2023 at ~~blank~~ 12:44 saying: we do not make ~~blank~~ the decision as of who gets ~~blank~~

1

commissary ~~two~~ and who doesn't / I replied: If corrections doesn't decide who gets commissary then who does? ~~████~~ on July 13th 6:56p.m / Facility Staff replied on July 14th 2:39p.m saying they would look into this matter. Never did.

#276031461 PDP Grievance from KEVIN:SMITH©: Summary: Rights to access to courts ~~████~~ August 25th, 2023 1:32 p.m No reply.

1PDP Grievance on July.21th ~~██~~ 2023 at 1:58 p.m from KEVIN:SMITH© Summary: Exercising ~~██~~ my rights to access the courts - Facility Staff closed my grievance without an response and without a chance to appeal.

2



KEVIN:SMITH© U.C.C§1-308

Philadelphia Department of Prisons
Philadelphia, PA 19146
PPN 1152914

CLERK
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
601 MARKET STREET, ROOM 2609
PHILADELPHIA, PENNSYLVANIA 19106
  NON-DOMESTIC/NON-ASSUMPSIT

U.S.M.S. X-RAY

RECEIVED MAY 1 2 2025