IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

[1] KEVIN:SMITH© U.C.C. 1-308
Plaintiff,

v.

CITY OF PHILADELPHIA, et al.,
Defendants.

CIVIL ACTION NO. 25-CV-2448

## NOTICE OF INTENT TO PROCEED

**AND NOW**, this 4th day of August, in regards to JUDGE CHAD F. KENNY Memorandum & Court order, KEVIN:SMITH© U.C.C. 1-308 conceded by and through Kevin-L:Smith© Sui juris, tertius interveniens, Trustee/Secured Party/Creditor, The Lawful Representative, Attorney-In-Fact of the ex rel ens legis KEVIN:SMITH© U.C.C. 1-308 intends to only proceed only on the ADA and RA claims against Defendant CITY OF PHILADEPHIA, ET AL., specifically for faster processing for civil action no. 25-CV-2448.

This Notice of Intent To Proceed is executed under the penalty of perjury; In nature of 28 U.S.C. §1746(1) expressly without the UNITED STATES, i.e., "28 U.S.C. §3002(15)(A); U.C.C. §4-307(8); U.S.C/A Const. Art. 1:8:17-18"

Without Prejudice U.C.C. 1-308/Without Recourse
U.C.C. 1-103
/s/ Kevin-L:Smith TTEE
Kevin Larson of the Smiths Family; The Lawful
Representative of KEVIN:SMITH U.C.C 1-308

_____

[1] Please change the Plaintiff name to "KEVIN:SMITH© U.C.C 1-308 instead of "KEVIN L. SMITH, I, Kevin-L:Smith© do not consent to Kevin-L:Smith being spelled in ALL CAPITAL LETTERS without Prejudice U.C.C. 1-308. Kevin-L:Smith is a living breathing flesh-and-blood man in which name is also copyrighted under common law, and I'm sorry for making the error.

[2] Typo error. Supposed to say KEVIN:SMITH© U.C.C 1-308.

