**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN L. SMITH,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | **No. 25-cv-2448** |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| ***Defendant.*** | : | |

**ORDER**

**AND NOW**, this **10th** day of **November 2026**, upon consideration of Defendant the City of Philadelphia's Motion for Summary Judgment (the "Defendant's Motion") (ECF No. 22), and there being no response from Plaintiff, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 22) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the accompanying memorandum opinion.
2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**